UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Stanley R. Chesler |
| v. | : | Criminal No.11-878(SRC) |
| DOMINIQUE AUSTON | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Frances C. Bajada, Assistant U.S. Attorney, appearing), and defendant Dominique Auston (Kevin F. Carlucci, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having consented to such a continuance, and it appearing that the defendant waives such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render trial of this matter unnecessary; and

(2) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS, therefore, on this    day of September, 2012,**

**ORDERED** that this action be, and hereby is, continued until November 28, 2012; and it is further

**ORDERED** that the period from the date of this Order through November 28, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE STANLEY R. CHESLER
United States District Judge

Form and entry
consented to:

ANDREW C. CAREY
Chief, NARC/OCDETF

FRANCES C. BAJADA
Assistant U.S. Attorney

KEVIN F. CARLUCCI
Counsel for defendant Dominique Auston